UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Erich R. Broome     :
    Sherry L. Broome     :
        Debtors     :
            : Case No.: 16-11397
    Santander Consumer USA, Inc.     : Chapter 13
        Movant     :
    v.     :
    Erich R. Broome     :
    Sherry L. Broome     : Motion for Relief from Stay
        Debtors     :

## ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtors, by their Attorney **Thomas W. Fleckenstein** and files the within **Answer to the Motion for Relief from the Automatic Stay:**

1.-4.     **ADMITTED.**

5-7.     **DENIED.** Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

**DATE:** August 22, 2016

    /s/ Thomas W. Fleckenstein
Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
1338 Malleable Road
Columbia, PA 17512
(717) 333-4053