United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-11397-sr
Erich R. Broome                                                 Chapter 13
Sherry L. Broome
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John              Page 1 of 2              Date Rcvd: Aug 25, 2016
                               Form ID: 152            Total Noticed: 20
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db/jdb         +Erich R. Broome,    Sherry L. Broome,    435 Cherry Street,    Columbia, PA 17512-1526
cr             +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13700744       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13683703       +Elite Energy,    PO Box 547,    Columbia, PA 17512-0547
13683704       +GM Financial,    1820 E. Sky Harbor Circle,    South Ste. 150,    Phoenix, AZ 85034-4810
13745150       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
13683709       +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
13691353       +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
13775606       +Santander Consumer USA, Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13686265       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2016 01:43:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2016 01:43:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13739435        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 26 2016 01:43:30
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13728784       +E-mail/Text: bankruptcy@cavps.com Aug 26 2016 01:43:07     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13683706       +E-mail/Text: csd1clientservices@cboflanc.com Aug 26 2016 01:43:17     Lancaster General,
                 c/o Credit Bureau,    PO Box 1271,    Lancaster, PA 17608-1271
13683705       +E-mail/Text: csd1clientservices@cboflanc.com Aug 26 2016 01:43:17     Lancaster General,
                 c/o Lancaster Collections,    218 W. Orange Street,    Lancaster, PA 17603-3746
13683707        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:43:43     Lowes/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
13683708        E-mail/Text: blegal@phfa.org Aug 26 2016 01:43:04     PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13683710       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 26 2016 01:43:04     Westlake Financial,
                 4751 Wilshire Blvd. Ste. 100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: John                Page 2 of 2                   Date Rcvd: Aug 25, 2016
                               Form ID: 152              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Erich R. Broome tom@fleckensteinpalaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Sherry L. Broome tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Erich R. Broome and Sherry L. Broome

    Debtor(s)

Case No: 16–11397–sr

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Stephen Raslavich

, United States Bankruptcy Court 9/28/16 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

22 – 16
Form 152