UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Erich R. Broome                          :
    Sherry L. Broome                       :
            Debtors               :
                                      :   Case No.: 16-11397
    Santander Consumer USA, Inc.   :   Chapter 13
            Movant                :
v.                                           :
    Erich R. Broome                          :
    Sherry L. Broome                     :   Motion for Relief from Stay
            Debtors               :

## *PRAECIPE*

Kindly withdraw the Answer of Debtor to this Motion for Relief From the Automatic Stay.

                                            RESPECTFULLY SUBMITTED:

                                            /s/ Thomas W. Fleckenstein

**DATE:** August 31, 2016            Thomas W. Fleckenstein, ESQUIRE
                                            Attorney I.D. No. 307390
                                            1338 Malleable Road
                                            Columbia, PA  17512
                                            (717) 333-4053