Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Erich R. Broome | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Sherry L. Broome | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 16-11397

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| 2.1 | **PHFA** Creditor's Name | $45,824.00 | $81,000.00 | $0.00 |

Describe the property that secures the claim:
435 Cherry Street Columbia, PA 17512  Lancaster County

PO Box 15057
Harrisburg, PA
17105-5057
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Mortgage

Date debt was incurred   1999     Last 4 digits of account number

| 2.2 | **Santander** Creditor's Name | $10,000.00 | $10,000.00 | $0.00 |
|---|---|---|---|---|

Describe the property that secures the claim:
2007 Honda Civic 100000 miles
Location: 435 Cherry Street, Columbia PA 17512

PO Box 961245
Fort Worth, TX 76161
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Auto Loan

Date debt was incurred   2015     Last 4 digits of account number

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

Debtor 1  **Erich R. Broome**
          First Name    Middle Name    Last Name

Debtor 2  **Sherry L. Broome**
          First Name    Middle Name    Last Name

Case number (if know)  **16-11397**

---

**2.3  US Dept. of Housing and Urban Dev.**
Creditor's Name

**451 7th Street SW**
**Washington, DC 20410**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**435 Cherry Street Columbia, PA 17512  Lancaster County**

$3,724.00    $81,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____   Last 4 digits of account number _____

---

**2.4  Westlake Financial**
Creditor's Name

**4751 Wilshire Blvd. Ste. 100**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2014 Dodge Journey 25000 miles Location: 435 Cherry Street, Columbia PA 17512**

$25,000.00    $25,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Auto Loan**

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **2015**   Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$84,548.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$84,548.00**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.