| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| MGJ | 014547 | 125100 | HEMP | 0000230401  1 |

**Earnings Statement**

ADP

STA OF PENNSYLVANIA INC
3349 HWY 139, BLDG A, SUITE C
WALL, NJ 07719

Period Ending:   06/04/2016
Pay Date:        06/10/2016

00000000388
SHERRY L BROOME
435 CHERRY ST.
COLUMBIA PA 17512

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   0
   PA:        N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hometoschool | 12.5500 | 45.77 | 574.42 | 3,228.74 |
| S&A Bonus | | | 100.00 | 200.00 |
| Nr Dr Meeting | | | | 22.50 |
| **Gross Pay** | | | **$674.42** | 3,451.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hoursworked Act | 45.77 | |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -70.35 | 350.64 |
| Social Security Tax | -41.82 | 213.98 |
| Medicare Tax | -9.78 | 50.04 |
| PA State Income Tax | -20.70 | 105.95 |
| Columbia Bor Income Tax | -6.74 | 34.50 |
| PA SUI/SDI Tax | -0.48 | 2.42 |

| Other | | |
|---|---|---|
| Local Srvc Tax | -2.00 | 12.00 |
| **Net Pay** | | **$522.55** |
| Checking 1 | -522.55 | |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $674.42

© 1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

STA OF PENNSYLVANIA INC
3349 HWY 139, BLDG A, SUITE C
WALL, NJ 07719

Advice number:   00000230401
Pay date:        06/10/2016

Deposited to the account of
SHERRY L BROOME

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx6266 | xxxx xxxx | $522.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**