United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 16-11397-sr
Erich R. Broome                                                  Chapter 13
Sherry L. Broome
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Sep 23, 2016
                               Form ID: pdf900         Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
```
db/jdb         +Erich R. Broome,   Sherry L. Broome,   435 Cherry Street,   Columbia, PA 17512-1526
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
cr             +Santander Consumer USA, Inc.,   P.O. Box 660633,   Dallas, TX 75266-0633
13683709       +Santander,   PO Box 961245,   Fort Worth, TX 76161-0244
13691353       +Santander Consumer USA Inc.,   PO Box 560284,   Dallas, TX 75356-0284
13775606       +Santander Consumer USA, Inc.,   c/o WILLIAM EDWARD CRAIG,   Morton & Craig,
                110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 24 2016 02:04:46      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:03:21
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:58     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Erich R. Broome tom@fleckensteinpalaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Sherry L. Broome tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                               TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| ERICH R. BROOME ) | |
| SHERRY L. BROOME ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | Case No.: 16-11397 (SR) |
| SANTANDER CONSUMER USA, INC. ) | |
| **Moving Party** ) | Hearing Date: 9-21-16 at 10:00 AM |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ERICH R. BROOME ) | |
| SHERRY L. BROOME ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2007 Honda Civic** bearing vehicle identification number 1HGFA16567L128396 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 9/21/16

_____
UNITED STATES BANKRUPTCY JUDGE