United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Erich R. Broome  
Sherry L. Broome  
      Debtors

Case No. 16-11397-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: Sep 29, 2016  
                          Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.  
db/jdb        +Erich R. Broome,    Sherry L. Broome,    435 Cherry Street,    Columbia, PA 17512-1526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       THOMAS W. FLECKENSTEIN    on behalf of Debtor Erich R. Broome tom@fleckensteinpalaw.com  
       THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Sherry L. Broome tom@fleckensteinpalaw.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.    mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com  
       TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Erich R. Broome and Sherry L. Broome

       Debtor(s)                                Chapter: 13

                                                           Bankruptcy No: 16−11397−sr

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this September 28, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Stephen Raslavich
                                                         Judge ,
                                                         United States Bankruptcy Court

                                                                                         40
                                                                                      Form 155