United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11397-sr
Erich R. Broome                                                           Chapter 13
Sherry L. Broome
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John             Page 1 of 1           Date Rcvd: Sep 29, 2016
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db/jdb         +Erich R. Broome,    Sherry L. Broome,    435 Cherry Street,    Columbia, PA 17512-1526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 30 2016 01:46:24      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Erich R. Broome tom@fleckensteinpalaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Sherry L. Broome tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Erich R. Broome | : | NO. 16-11397 |
| Sherry L. Broome | : | |
| (DEBTORS) | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW on this 29th day of September, 2016, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

ORDERED and DECREED that a Counsel Fee in the amount of $3,500.00 is APPROVED, and the balance due counsel in the mount of $2,810.00 shall be disbursed for the Debtor(s) to the Debtor's attorney by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan.

BY THE COURT:

Stephen Raslavich
BANKRUPTCY JUDGE