United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11397-sr
Erich R. Broome                                                     Chapter 13
Sherry L. Broome
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John             Page 1 of 2           Date Rcvd: May 18, 2017
                              Form ID: pdf900        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
```
db/jdb         +Erich R. Broome,    Sherry L. Broome,    435 Cherry Street,    Columbia, PA 17512-1526
cr             +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13700744       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13683703       +Elite Energy,   PO Box 547,    Columbia, PA 17512-0547
13683704       +GM Financial,   1820 E. Sky Harbor Circle,    South Ste. 150,    Phoenix, AZ 85034-4810
13745150       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
13683709       +Santander,   PO Box 961245,    Fort Worth, TX 76161-0244
13875953       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13691353       +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
13775606       +Santander Consumer USA, Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13787369       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13686265       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 19 2017 00:51:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2017 00:51:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2017 00:51:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13739435        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2017 00:48:09
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13728784       +E-mail/Text: bankruptcy@cavps.com May 19 2017 00:51:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13683706       +E-mail/Text: csd1clientservices@cboflanc.com May 19 2017 00:52:04      Lancaster General,
                 c/o Credit Bureau,    PO Box 1271,    Lancaster, PA 17608-1271
13683705       +E-mail/Text: csd1clientservices@cboflanc.com May 19 2017 00:52:04      Lancaster General,
                 c/o Lancaster Collections,    218 W. Orange Street,    Lancaster, PA 17603-3746
13683707        E-mail/PDF: gecsedi@recoverycorp.com May 19 2017 00:42:34      Lowes/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
13683708        E-mail/Text: blegal@phfa.org May 19 2017 00:51:43      PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13783920       +E-mail/Text: bankruptcynotice@westlakefinancial.com May 19 2017 00:51:42
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
13683710       +E-mail/Text: bankruptcynotice@westlakefinancial.com May 19 2017 00:51:42      Westlake Financial,
                 4751 Wilshire Blvd. Ste. 100,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: John                     Page 2 of 2                      Date Rcvd: May 18, 2017
                                      Form ID: pdf900                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Sherry L. Broome tom@fleckensteinpalaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Erich R. Broome tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

ERICH R. BROOME
SHERRY L. BROOME

                                                                       : Bankruptcy No. 16-11397SR
            Debtor(s)                                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: May 17, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

THOMAS WILLIAM FLECKENSTEIN ESQ
1338 MALLEABLE ROAD
COLUMBIA PA 17512-

ERICH R. BROOME
SHERRY L. BROOME
435 CHERRY STREET
COLUMBIA,PA.17512